**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02068-BNB

ANTOINE BRUCE,

    Plaintiff,

v.

JOHN T. RATHMAN,
ALEJO BORRERO-HERNANDE,
LEE H. GREEN,
JOSE A. SANTANA,
DAVID A. BERKEBILE,
PAUL M. LAIRD,
HARRELL WATTS,
L. ROBINSON, and
S. CEDENO,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On September 10, 2014, Plaintiff filed a Motion to Amend, ECF No. 13, and a Motion of "Compelment," ECF No.14.  Pursuant to the September 8, 2014 Order to Amend both motions are denied as moot.  Plaintiff is directed that the only proper filing at this time is an Amended Complaint that complies with the September 8 Order.  All other pleadings will not be considered by the Court.

Dated:  September 11, 2014