**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02068-BNB

ANTOINE BRUCE,

 Plaintiff,

v.

JOHN T. RATHMAN,
ALEJO BORRERO-HERNANDE,
LEE H. GREEN,
JOSE A. SANTANA,
DAVID A. BERKEBILE,
PAUL M. LAIRD,
HARRELL WATTS,
L. ROBINSON, and
S. CEDENO,

 Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

 On September 11, 2014, Plaintiff filed a Motion to Amend, ECF No. 16, and a second Motion of "Compelment," ECF No.17.  Pursuant to the September 8, 2014 Order to Amend both motions are denied as moot.  Plaintiff is directed that the only proper filing at this time is an Amended Complaint that complies with the September 8 Order.  All other pleadings will not be considered by the Court.

Dated:  September 12, 2014