IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

---

Civil Action:        14-cv-02068-RM-NYW        Date: March 23, 2016
Courtroom Deputy:    Brandy Simmons             FTR: NYW COURTROOM C-204*

---

| *Parties* | *Attorney(s)* |
|---|---|

ANTOINE BRUCE,                                                *pro se*

          **Plaintiff,**

v.

A. OSAGIE,                                                    *Zeyen Julian Wu*

          **Defendant.**

---

## COURTROOM MINUTES/MINUTE ORDER

---

**STATUS CONFERENCE**

Court in Session: 10:33 a.m.

Appearance of *pro se* Plaintiff, and counsel. All parties appear by telephone.

Discussion held regarding single remaining claim limited to allegations related to swelling in Mr. Bruce's feet and legs. Mr. Bruce states that the medical condition has not resolved and he plans to pursue the claim.

Discussion held regarding discovery needed. Parties shall meet and confer regarding a proposed schedule.

**ORDERED: A proposed Scheduling Order is due on or before April 13, 2016.**

Plaintiff makes an oral motion for court appointed counsel.  For the reasons stated on the record, it is

**ORDERED: Plaintiff's Oral Motion to Appoint Counsel is DENIED. Plaintiff's Motion for Reconsideration [84] filed March 17, 2016 is DENIED.**

Discussion held regarding sending and receipt of legal mail at Florence ADMAX U.S. Penitentiary.

**ORDERED: All mail sent from the Court to Mr. Bruce shall be marked as Legal Mail.**

Defendant does not have to respond to Plaintiff's pending "Emergency" Motion for Court Compelment [86] and Motion for Order or to Compel ("Emergency") [87] unless directed by the court to do so.

Plaintiff requests an additional receipt form to be included with all legal mail. Defendant requests that they not be burdened with additional mail handling procedures.  The court will consider Plaintiff's request and separate order to issue.

Court in Recess:  11:16 a.m.          Hearing concluded.          Total time in Court: 00:43